J. Erik Heath, Esq. (SBN 304683)
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone Number: (415) 391-2391
Facsimile: (415) 449-6556
Email Address: erik@heathlegal.com

Attorney for Plaintiff
ROHIT NANNEGARI

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHIT NANNEGARI,<br>    Plaintiff,<br><br>v.<br><br>THE MOORE LAW GROUP, A PROF. CORP.,<br>    Defendant. | Civil Action No. 3:16-cv-6060-MMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

COME NOW Plaintiff ROHIT NANNEGARI and Defendant THE MOORE LAW GROUP, A PROF. CORP., by and through the undersigned counsel of record, and file this Stipulation of Dismissal **With Prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2). It is agreed that each party will bear its own costs and attorney's fees.

Dated: 1/9/2017                    J. ERIK HEATH, ATTORNEY AT LAW

                                   By:    /s/ Jon Erik Heath
                                          J. Erik Heath
                                          Attorney for Plaintiff
                                          ROHIT NANNEGARI

//

//

1 | Dated: 1/9/2017					THE MOORE LAW GROUP, A.P.C.

						By:  /s/ Ramin Mahdavi
						     Ramin Mahdavi
						     Attorney for Defendant
						     THE MOORE LAW GROUP, A.P.C.

   Pursuant to L.R. 5-1(i)(3) regarding signatures, I, J. Erik Heath, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of January, 2017, at San Francisco.

						By:  /s/ Jon Erik Heath
						     J. Erik Heath

## ORDER

Having read the foregoing stipulation and agreement of the parties, and for good cause appearing, the Court hereby orders:

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT,

The above action is dismissed with prejudice.  Each party shall bear its own costs and attorney's fees.

Dated: January 9, 2017

Hon. Maxine M. Chesney
U.S. DISTRICT JUDGE